IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

_____

| IN RE: YASMIN AND YAZ (DROSPIRENONE) | ) | 3:09-md-02100-DRH-PMF |
|---|---|---|
| MARKETING, SALES PRACTICES AND | ) | MDL No. 2100 |
| PRODUCTS LIABILITY LITIGATION | ) | |

_____

**This Document Relates to:**

CHRISTIE HERRINGTON v. Bayer Healthcare Pharmaceuticals, Inc.,   No. 10-cv-12254-DRH

JAMEE KIZZAR v. Bayer Healthcare Pharmaceuticals, Inc., et al,   No. 10-cv-12373-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the stipulation of dismissal filed on October 28, 2011, the above case is **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:      /s/*Sandy Pannier*
         **Deputy Clerk**

Dated: November 1, 2011

David R. Herndon
2011.11.01
16:56:42 -05'00'

**APPROVED:**
         **CHIEF JUDGE**
         **U. S. DISTRICT COURT**